# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 06-91 LRR |
| vs. | **ORDER** |
| DANIEL RAYMOND ALLEN, | |
| Defendant. | |

_____

The matter before the court is the request of defendant for early release from supervision. Mr. Allen has completed approximately one-quarter of his term of supervised release.

Although Mr. Allen has made positive progress during his term of supervised release, the court notes his criminal history includes an assault on a police officer among other convictions.

The court finds Mr. Allen should continue to be on supervised release for some additional time. The United States Probation Office is requested to advise the court when Mr. Allen would be appropriate for early release from supervision.

IT IS SO ORDERED.

**DATED** this 29th day of December, 2011.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA